# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

August 29, 2025

CL-2025-0069

Michael McClain and Grace Lewis v. Crystal Pearson (Appeal from Talladega Circuit Court: CV-24-900574).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Hanson, Fridy, and Bowden, JJ., concur.

Edwareds, J., concurs in the result, without opinion.

Seth P. Rhodebeck, Clerk